UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-245-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| LISA BUZA HILL, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582 and/or USSC Amendment 821. (Doc. Nos. 70, 71).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion within 30 days of the entry of this order.

Max O. Cogburn Jr.
United States District Judge